**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT SMITH,** | ) | **NO. CV 18-4291-FMO (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     Pursuant to the Court's Order,

     IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    June 6, 2018

                                            _____/s/_____
                                             FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE